THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHALLUM D. ELLIS,<br><br>                Plaintiff,<br><br>vs.<br><br>GEICO GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>                Defendant. | No. 2:22-cv-00281-JHC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS<br><br>**NOTE ON MOTION CALENDAR<br>FEBRUARY 16, 2023** |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all of Plaintiffs' claims and causes of action in this matter shall be dismissed with prejudice, with each party bearing their own attorney's fees, costs, and expenses.

/ / /

/ / /

/ / /

/ / /

---

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS (Cause No. 2:22-cv-00281-
JHC) – 1
lq/JCM6710.355/4368787X



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1  DATED: February 16, 2023.

By *s/ Andrew S. Dimmock, with permission*
Andrew S. Dimmock, WSBA #17125
DIMMOCK LAW GROUP, LLC
4532B Evergreen Way
Everett, WA 98203
Telephone: 425-339-1323
Email: adimmock@dimmocklaw.com
*Of Attorneys for Plaintiff*

DATED: February 16, 2023.

By *s/ J.C. Miller*
Alfred E. Donohue, WSBA No. 32774
J.C. Miller, WSBA No. 51932
WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100
donohue@wscd.com@wscd.com;
miller@wscd.com
Attorneys for Defendant

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS ORDERED as follows:

1. All of Plaintiff's claims and causes of action in this matter shall be dismissed with prejudice; and

2. Each party shall bear its own attorney's fees, costs, and expenses.

DATED this 16th day of February, 2023.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

---

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS (Cause No. 2:22-cv-00281-JHC) – 2
lq/JCM6710.355/4368787X



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273